UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELICITA CASIANO CASTILLO, *individually and on behalf of others similarly situated*,

                            *Plaintiff*,

              -against-

C & B LAUNDRY LLC (D/B/A GRACIE'S LAUNDRY), BENJAMIN WEISGAL, and EDDIE HUERTA,

                           *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **1:25-cv-04812-PAE**

~~[Proposed Form Of]~~
**JUDGMENT**

## JUDGMENT

On October 28, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, FELICITA CASIANO CASTILLO, has judgment against BENJAMIN WEISGAL, and EDDIE HUERTA, jointly and severally, in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 30, 2025

                                                */s/ Paul A. Engelmayer*
                                        HON. PAUL A. ENGELMAYER
                                        U.S. DISTRICT JUDGE